**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01072-CR

**EXZAYVIA COSBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F12-01027-U**

## ORDER

On January 15, 2015, the State filed a motion asking us to extend the time for filing the State's brief. The motion is **GRANTED**. The State's brief is due in this Court no later than Wednesday, February 11, 2015, at 9 a.m. No further extensions of time will be granted, absent exceptional circumstances.

/s/     LANA MYERS
        JUSTICE